1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

VERONICA CRUZ ESCAMILLA,

Case No.:  3:25-cv-03573-CAB-JLB

12

Petitioner,

**ORDER REQUIRING A BOND HEARING**

13

v.

14

DANIEL A. BRIGHTMAN, et al.,

**[Doc. No. 1]**

15

Respondents.

16
17

18    Pending before the Court is a petition for a writ of habeas corpus pursuant to 28

19   U.S.C. § 2241 filed by Veronica Cruz Escamilla ("Petitioner").  [Doc. No. 1 ("Petition").]

20   Petitioner asserts she is being detained by Immigration and Customs Enforcement ("ICE")

21   without a bond hearing in violation of the declaratory relief provided in *Maldonado*

22   *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM (C.D. Cal.).  [*Id.* at 2.]

23    On December 22, 2025, Respondents filed a response stating that:

24    Petitioner appears to be a member of the Bond Eligible Class certified in
*Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL
25    3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final
judgement as to the Bond Eligible Class. *Bautista*, [Doc. No.] 94.
26    Accordingly, Respondents acknowledge that Petitioner is detained under 8
U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond
27    U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond
hearing be held pursuant to 8 U.S.C. § 1226(a).
28

1

[Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 6, 2026**.  Respondents are further **ORDERED** to update to this Court on the status of Petitioner's bond hearing by **January 9, 2026**.  Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

**IT IS SO ORDERED.**

Dated:  December 23, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge