1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 VERONICA CRUZ ESCAMILLA,

Case No.:  25-cv-03573-CAB-JLB

12                                    Petitioner,

**ORDER DISMISSING CASE**

13 v.

14 DANIEL A. BRIGHTMAN, et al.,

[Doc. No. 1]

15                                    Respondents.

16

17     Petitioner Veronica Cruz Escamilla filed a petition for a writ of habeas corpus

18 pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged

19 that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-

20 SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond

21 hearing pursuant to § 1226(a) and its associated regulations.  [Doc. No. 6.]  Petitioner

22 subsequently received a bond hearing on December 30, 2025.  [Doc. No. 7.]

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Petitioner has received the relief her Petition requested and so the Court **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  February 6, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

25-cv-03573-CAB-JLB